## UNITED STATES DISTRICT COURT

### District of Maine

| | | |
|---|---|---|
| **CALVIN L. TIDSWELL** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **\*\*Civil No. 05-115-P-S** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendants** | ) | |
| | ) | |
| | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on July 6, 2007, her Recommended Decision (Docket No. 43).  Plaintiff Calvin L. Tidswell filed his Objection to the Recommended Decision (Docket No. 44) on July 20, 2007.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2.      It is **ORDERED** that the United States' Motion to Dismiss (Docket No. 33) is **GRANTED**, and Plaintiff's 28 U.S.C. §2255 Motion (Docket No. 25) is **DENIED**.

/s/George Z. Singal_____
Chief U.S. District Judge

Dated:  July 31, 2007