UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| CALVIN TIDSWELL | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:05-CV-115-P-S |
| | ) |
| USA | ) |

ORDER DENYING CERTIFICATE OF APPEALABILITY

On August 10, 2007, Calvin Tidswell filed with this Court an application for certificate of appealability .

It being the opinion of this Court that no substantial question would be presented for decision on appeal, the request for appointment of counsel and the certificate of appealability is DENIED.    (F. R. App. P. 22(b)).

/s/ George Z. Singal,
George Z. Singal
Chief United States Judge

Dated: August   14, 2007